**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO HERNANDEZ *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAM HIRBOD *et al.*,<br><br>    Defendants. | Case No.: C-11-04593 YGR<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT CASE MANAGEMENT STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In the Clerk's Notice Setting a Case Management Conference for April 23, 2012, the parties were notified of the requirement to file a Joint Case Management Statement fourteen days in advance of the Case Management Conference date. *See* "Standing Order in Civil Cases," ¶ 6. To date the parties have not filed a Joint Case Management Statement.

No later than **4:00 p.m. on Friday, April 20, 2012**, the parties shall file either: (1) a Joint Case Management Statement, which must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement"; or (2) a statement setting forth an explanation for their failure to comply. Failure to do so may be considered grounds for imposition of sanctions.

The Parties are further advised that the Court encourages litigants to consent to the jurisdiction of a magistrate judge for all proceedings including trial. Prior to the Case Management Conference, Counsel are ordered to discuss this option with their clients, and then the parties shall meet and confer

regarding same.  The Court will accept requests for assignment to a specific magistrate judge or can assign from a limited pool of three.  Profiles can be found at http://cand.uscourts.gov/judges.  At the April 23, 2012 Case Management Conference the parties shall be prepared to advise the Court whether they will consent to the jurisdiction of a magistrate judge for all proceedings including trial.

**IT IS SO ORDERED.**

April 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**