**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEJANDRO HERNANDEZ** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **SAM HIRBOD** *et al.*, <br><br> Defendants. | Case No.: 11-CV-04593 YGR <br><br> **ORDER TO MEET AND CONFER; AND REQUIRING PERSONAL APPEARANCE OF COUNSEL TO MEET AND CONFER REGARDING DISCOVERY DISPUTE** |

On August 14, 2012, the parties filed letter briefs regarding discovery issues. (Dkt. Nos. 35 & 36.) The parties are **ORDERED** to Meet and Confer to resolve these discovery issues. By no later than **5:00 p.m.** on **September 4, 2012**, counsel shall file a **JOINT STATEMENT** notifying the Court whether the parties were able to resolve all outstanding discovery issues through the meet and confer process.

If the parties were not able to resolve all outstanding discovery issues, then lead counsel for each party is **ORDERED** to personally appear at the Federal Courthouse at 1301 Clay Street, Oakland, California, on **September 5, 2012** at **9:00 a.m.** for an in-person meet and confer. Upon arrival, the parties shall inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared, and the parties shall further inform Ms. Stone when they have concluded their meeting.

**IT IS SO ORDERED.**

Date: August 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**