UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNANDEZ ET AL, | No. C 11-04593 DMR |
| Plaintiff(s), | **ORDER RE SETTLEMENT AGREEMENT** |
| v. | |
| HIRBOD ET AL, | |
| Defendant(s). | |

Defense attorney Ronald Arena contacted Judge Ryu's courtroom deputy today to ask for the court's assistance in resolving an unspecified dispute between at least some of the parties regarding the settlement that was placed on the record on September 11, 2012.  The parties are instructed to lodge (but not file) a joint letter setting forth the dispute, and each party's position, by no later than noon on October 11, 2012.  This order shall in no way be construed as modifying or affecting the agreements (including deadlines) reached by the parties on September 11, 2012.

IT IS SO ORDERED.

Dated: October 9, 2012



DONNA M. RYU
United States Magistrate Judge