**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEJANDRO HERNANDEZ** *et al.*, <br><br>    Plaintiff(s), <br><br> vs. <br><br> **SAM HIRBOD** *et al.*, <br><br>    Defendant(s). | Case No.: 11-CV-04593 YGR <br><br> **ORDER SETTING COMPLIANCE HEARING RE: STIPULATION OF DISMISSAL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based on a review of the docket, that the above-captioned case settled. Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on **Friday, July 19, 2013** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: June 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**