James Dal Bon ( Bar No. 157942)
LAW OFFICE OF JAMES DAL BON
95 S. Market Street, 3rd Floor
San Jose, CA 95113
Telephone: (408) 297-4729
Facsimile: (408) 297-4728
jdb@wagedefenders.com

Attorney for Plaintiffs


ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650)780-1701
Email:  evasquez@rmkb.com


Attorneys for Defendants

SAM HIRBOD and BEDROCK OIL, INC.

RONALD D. ARENA (SBN 218421)
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104
Telephone:    (415)433-1414
Facsimile:    (415)520-0446
Email:  rarena@arenahoffman.com


Attorneys for Defendants

BARTON COX and C&P SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEJANDRO HERNANDEZ, et al., | Case No.: 11-04593 YGR |
| | Stipulated Dismissal AND ORDER |

1

Plaintiffs,

vs.

SAM HIRBOD, et al

    Defendants.

Notice to the court and all parties:

    All Plaintiffs and Defendants hereby file this joint stipulation of dismissal.

1. On September 16, 2011 , Plaintiffs filed a wage and hour complaint against the Defendants Case No. C09-05717- PVT.

2. On September 11, 2012 a settlement conference was held and the parties resolved the action.

3. The resolution is now complete.

4. Consequently, IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

5. Parties request that the matter be dismissed with prejudice.

1  July 18, 2013

2

3                                                      _____/s/
                                                       jdb_____
                                                       James Dal Bon
4                                                      Law Office of James Dal Bon
                                                       95 S. Market Street, 3rd Floor
5                                                      San Jose, Ca 95113

6                                                      Attorney for Plaintiffs

7

8  July 18, 2013                                ROPERS, MAJESKI, KOHN & BENTLEY

9

10                                              By: s/Elise R. Vasquez
                                                    ELISE R. VASQUEZ
11                                                  Attorney for Defendants
                                                    SAM HIRBOD and BEDROCK OIL, INC.
12  July 18, 2013                                ARENA HOFFMAN LLP

13

14                                              By: s/Ronald D. Arena
                                                    RONALD D. ARENA
15                                                  Attorney for Defendants
16                                                  BARTON COX & C&P SERVICES, INC.

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEJANDRO HERNANDEZ, et al., | Case No.: 11-04593 YGR |
| Plaintiffs, | Order |
| vs. | |
| SAM HIRBOD, et al | |
| Defendants. | |

Case number 11-04593 is hereby ordered dismissed as to all parties and all causes of action with prejudice.

Dated: July 19, 2013

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

_____
Judge Yvonne Gonzalez Rogers