James Dal Bon ( Bar No. 157942)
LAW OFFICE OF JAMES DAL BON
95 S. Market Street, 3rd Floor
San Jose, CA 95113
Telephone: (408) 297-4729
Facsimile: (408) 297-4728
jdb@wagedefenders.com

Attorney for Plaintiffs


ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650)780-1701
Email:  evasquez@rmkb.com


Attorneys for Defendants

SAM HIRBOD and BEDROCK OIL, INC.

RONALD D. ARENA (SBN 218421)
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104
Telephone:   (415)433-1414
Facsimile:   (415)520-0446
Email:  rarena@arenahoffman.com

Attorneys for Defendants

BARTON COX and C&P SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEJANDRO HERNANDEZ, et al., | Case No.: 11-04593 YGR |
| | Stipulated Dismissal AND ORDER |

1

1 | Plaintiffs,

2 | vs.

3 | SAM HIRBOD, et al

4 | Defendants.

6 | Notice to the court and all parties:

8 | All Plaintiffs and Defendants hereby file this joint stipulation of dismissal.

9 | 1. On September 16, 2011 , Plaintiffs filed a wage and hour complaint against the

10 | Defendants Case No. C09-05717- PVT.

11 | 2. On September 11, 2012 a settlement conference was held and the parties resolved the

12 | action.

14 | 3.  The resolution is now complete.

15 | 4. Consequently, IT IS HEREBY STIPULATED, by and between the parties to this action

16 | through their designated counsel, that the above-captioned action be and hereby is

17 | dismissed with prejudice pursuant to FRCP 41(a)(1).

18 | 5. Parties request that the matter be dismissed with prejudice.

July 18, 2013

                                            /s/
                                            jdb_____
James Dal Bon
Law Office of James Dal Bon
95 S. Market Street, 3rd Floor
San Jose, Ca 95113

Attorney for Plaintiffs

July 18, 2013                          ROPERS, MAJESKI, KOHN & BENTLEY

By: s/Elise R. Vasquez
    ELISE R. VASQUEZ
    Attorney for Defendants
    SAM HIRBOD and BEDROCK OIL, INC.

July 18, 2013                          ARENA HOFFMAN LLP

By: s/Ronald D. Arena
    RONALD D. ARENA
    Attorney for Defendants
    BARTON COX & C&P SERVICES, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEJANDRO HERNANDEZ, et al., | Case No.: 11-04593 YGR |
| Plaintiffs, | Order |
| vs. | |
| SAM HIRBOD, et al | |
| Defendants. | |

Case number 11-04593 is hereby ordered dismissed as to all parties and all causes of action with prejudice.

Dated: July 19, 2013

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

_____
Judge Yvonne Gonzalez Rogers